Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018
Phone: 602-598-5075
Email: documents@phxfreshstart.com

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter: 13 |
| LISA A GARRETSON, | Case No. 2:20-bk-12316-MCW |
| Debtor. | NOTICE OF HEARING ON MOTION FOR SANCTIONS FOR VIOLATION OF THE AUTOMATIC STAY |

PLEASE TAKE NOTICE that on **March 18, 2021 at 01:30 PM**, a hearing will be had on the Debtor's Motion for Sanctions for Violation of The Automatic Stay.

Per the Court's General Order 20-3 all appearances will be by telephone, the parties are to call **(877) 402-9753, access code 7471798** a few minutes prior to the hearing time.

Dated: February 3, 2021.

Respectfully submitted:

/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018

# CERTIFICATE OF SERVICE

Original of the foregoing filed ECF and Copies mailed/emailed on this the 3rd day of February 2021 to:

U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, Arizona 85003
USTPRegion14.PX.ECF@USDOJ.GOV

Edward J Maney, Trustee
101 N. First Ave
Suite 1775
Phoenix, Arizona 85003

Creditors appearing on
the attached Master Mailing List

/s/ Tom McAvity

```
Label Matrix for local noticing            PRA Receivables Management, LLC          U.S. Bankruptcy Court, Arizona
0970-2                                     PO Box 41021                             230 North First Avenue, Suite 101
Case 2:20-bk-12316-MCW                     Norfolk, VA 23541-1021                   Phoenix, AZ 85003-0608
District of Arizona
Phoenix
Wed Feb  3 08:23:52 MST 2021

AMERICAN EXPRESS NATIONAL BANK             ARIZONA DEPARTMENT OF REVENUE            American Web Loan
C/O BECKET AND LEE LLP                     2005 N CENTRAL AVE, SUITE 100            3910 W. 6th Avenue, Box 277
PO BOX 3001                                PHOENIX, AZ 85004-1546                   PO Box 1754
MALVERN  PA 19355-0701                                                              Stillwater OK 74076-1754


Amex                                       Arizona Department of Revenue            Barclays Bank Delaware
Correspondence/Bankruptcy                  Attention BK Payment Unit                Attn: Bankruptcy
Po Box 981540                              2005 N Central Ave, Ste 100              Po Box 8801
El Paso TX 79998-1540                      Phoenix AZ 85004-1546                    Wilmington DE 19899-8801


Bluetrust                                  Bright Lending                           Capital One
c/o Hummingbird Funds                      PO Box 578                               Attn: Bankruptcy
PO Box 1754                                Hays MT 59527-0578                       Po Box 30285
Hayward WI 54843-1754                                                               Salt Lake City UT 84130-0285


Capital One Bank (USA), N.A.               (p)JPMORGAN CHASE BANK  N A              Citibank
by American InfoSource as agent            BANKRUPTCY MAIL INTAKE TEAM              Citicorp Credit Srvs/Centralized Bk dept
PO Box 71083                               700 KANSAS LANE FLOOR 01                 Po Box 790034
Charlotte, NC  28272-1083                  MONROE LA 71203-4774                     St Louis MO 63179-0034


Comenity Bank/Wayfair                      Copper State Cu Fka Ca                   Credit One Bank
Attn: Bankruptcy Dept                      15458 N 28th Ave                         Attn: Bankruptcy Department
Po Box 182125                              Phoenix AZ 85053-4076                    Po Box 98873
Columbus OH 43218-2125                                                              Las Vegas NV 89193-8873


EM Care                                    Genesis Bc/Celtic Bank                   Internal Revenue Service
9225 N 3rd St Ste 307                      Attn: Bankruptcy                         PO Box 7346
Phoenix AZ 85020-2466                      Po Box 4477                              Philadelphia PA 19101-7346
                                           Beaverton OR 97076-4401


JPMorgan Chase Bank, N.A.                  Keypoint Credit Union                    LVNV Funding, LLC
s/b/m/t Chase Bank USA, N.A.               2805 Bowers Ave                          Resurgent Capital Services
c/o Robertson, Anschutz & Schneid, P.L.    Santa Clara CA 95051-0972                PO Box 10587
6409 Congress Avenue, Suite 100                                                     Greenville, SC 29603-0587
Boca Raton, FL 33487-2853


LendingClub                                Lendumo                                  Minto
Attn: Bankruptcy                           PO BOX 542                               PO BOX 58112
595 Market St, Ste 200                     Lac Du Flambeau WI 54538-0542            Minto AK 99758-0112
San Francisco CA 94105-2807


Mountain Summit Financial                  National Small Loan                      OneMain Financial
635 E Hwy 20 F                             PO Box 632                               Attn: Bankruptcy
Upper Lake CA 95485                        Lac Du Flambeau WI 54538-0632            Po Box 3251
                                                                                    Evansville IN 47731-3251
```

| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 |
|---|---|---|
| Synchrony Bank/Banana Republic<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 | U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 | EDWARD J. MANEY<br>101 N. FIRST AVE., SUITE 1775<br>PHOENIX, AZ 85003-1927 |
| LISA A GARRETSON<br>7131 E RANCHO VISTA DRIVE, UNIT 1009<br>SCOTTSDALE, AZ 85251 | THOMAS ADAMS MCAVITY<br>Phoenix Fresh Start Bankruptcy Attorneys<br>4131 Main Street<br>Skokie, IL 60076-2780 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Chase<br>Mail Code oH1-1272<br>340 S Cleveland Ave, Bldg 370<br>Westerville OH 43081 | (d)Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington DE 19850 | Portfolio Recovery<br>Attn: Bankruptcy<br>120 Corporate Blvd<br>Norfolk VA 23502 |
|---|---|---|
| (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    37<br>Bypassed recipients    1<br>Total    38 | |
|---|---|---|